# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Keith Grube,                             :
                Petitioner    :
                         :
        v.                       :    No. 76 C.D. 2018
                         :
Pennsylvania Labor Relations Board,      :
             Respondent      :

## PER CURIAM

## O R D E R

      **AND NOW**, this 4th day of June, 2019, it is ordered that the above-captioned opinion filed on April 2, 2019, shall be designated OPINION, rather than MEMORANDUM OPINION, and it shall be reported.